IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:      THADDEUS D. WILLIAMS                    Case No. 09-36121-KRH
                                                    Chapter 13
            Debtor.

## ORDER UPON CONVERSION OF CHAPTER 13 TO CHAPTER 7

The Debtor in this case filed a petition under Chapter 13 of the Bankruptcy Code on September 21, 2009. The Trustee filed a motion to dismiss the debtor's case on July 8, 2011, for failure to make payments pursuant to the Chapter 13 Plan confirmed on January 27, 2011. In consideration of the substantial assets held by the estate that will be available for distribution to creditors, the Court finds that it is not in the best interest of the estate to dismiss this case, but rather that the case should be converted to Chapter 7. Accordingly, it is hereby

ORDERED that the Debtor's case be and it hereby is converted to Chapter 7. It is further ORDERED that:

1.  The Trustee in the superseded case shall file a final report and account as required by Federal Rule of Bankruptcy Procedure 1019(5) and Local Bankruptcy Rule 1017-1(D) with the Court within **thirty (30) days** after the conversion of this case, with a copy to be mailed to the United States Trustee.

2.  The Debtor, pursuant to Local Bankruptcy Rule 1017-1(A), shall file with the Court within **fourteen (14) days** after the conversion of this case as applicable, either:

    (a)   a schedule of unpaid debts incurred after commencement of the original bankruptcy case, and a list of creditors in the format required by the Clerk's Office, **or**

        (b)    a certification that no unpaid debts have been incurred since the commencement of the case.

3.    The Debtor, pursuant to Federal Rule of Bankruptcy Procedure 1019(1)(B), shall file with the Court a Statement of Intention with respect to secured property, if required, within **thirty (30) days** after the conversion of this case or before the first date set for the meeting of creditors in the converted case, whichever is earlier.

4.    If the Debtor has been making payments by payroll deduction, the employer set forth in the order for payroll assignment shall cease any payroll deductions for the benefit of the Chapter 13 Trustee.

ENTERED:    September 29, 2011

            /s/ Kevin R. Huennekens
           UNITED STATES BANKRUPTCY JUDGE

Copies to:

**Thaddeus D. Williams**
6006 Old Orchard Rd.
Richmond, VA 23227

**Joseph S. Massie, III**
The Massie Law Firm P.C.
102 East Cary Street
Richmond, VA 23219

**Robert E. Hyman**
P.O. Box 1780
Richmond, VA 23218-1780

**Roy M. Terry, Jr.**
c/o John C. Smith, Esquire
1111 East Main Street, 16th Floor
Richmond, VA 23219